**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 17-cv-02755-RM-MEH**

**MICHAEL BALDUCCI,**

**Plaintiff,**

**v.**

**CONGO LTD., a Colorado Corporation,**

**Defendant.**

---

## STIPULATION FOR DEFAULT

---

Plaintiff Michael Balducci and Defendant Congo LTD. (the "Parties"), by and through their respective undersigned counsel, hereby submit this Stipulation for Default.

Pursuant to Fed. R. Civ. P. 55, the Parties stipulate to an entry of default in favor of Plaintiff Michael Balducci and against Defendant Congo LTD. for all claims asserted in the First Amended Complaint. (Doc. 36.) The Parties will schedule a hearing to determine alleged damages and to request an entry of judgment.

Respectfully submitted this 30th day of April 2018.

| | |
|---|---|
| */s/Andrew C. Quisenberry*<br>Andrew C. Quisenberry<br>BACHUS & SCHANKER, LLC<br>1899 Wynkoop Street, Suite 700<br>Denver, CO 80202<br>Telephone: 303-893-9800<br>Facsimile: 303-893-9900<br>andrew.quisenberry@coloradolaw.net | */s/Roberto C. Rondero de Mosier*<br>Roberto Carlos Rondero de Mosier<br>Gober Group<br>3595 RR 620 South, Suite 200<br>Austin, TX 78738<br>Telephone: 512-277-6093<br>rc@gobergroup.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April 2018, a true and correct copy of the foregoing **STIPULATION FOR DEFAULT** was filed via CM/ECF, causing an electronic copy to be served on the following:

Roberto Carlos Rondero de Mosier
Gober Group
3595 RR 620 South
Suite 200
Austin, TX 78738
512-277-6093
Email: rc@gobergroup.com

*/s/Andrew C. Quisenberry*
Andrew C. Quisenberry