**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 17-cv-02755-RM-MEH**

**MICHAEL BALDUCCI,**

**Plaintiff,**

**v.**

**CONGO LTD., a Colorado Corporation,**

**Defendant.**

---

**DECLARATION OF DAN SOHA IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT**

---

I, Dan Soha, being first duly sworn, depose and state as follows:

1. I am over the age of eighteen (18) and have personal knowledge of the facts described below and would competently testify to those facts.

2. I am a resident of California and have known Michael Balducci for approximately eight (8) years.

3. I have worked in the field of online advertising for the past fourteen (14) years.

4. Since 2008, I have been a founding partner and the CEO of the advertising agency Five Mill, Inc. located in San Francisco, California.

5. Five Mile, Inc. has managed over $500 million in online advertising for its clients.

6. Five Mile, Inc. specializes in Search Engine Marketing and is a Google Premier Partner and a Bing Elite Partner, the highest rating of service by both Google and Bing.

7. As the CEO of Five Mill, Inc., I manage and am ultimately responsible for all Business Development and Sales.

8. Search Engine Optimization ("SEO") is a service that is complementary to our business offerings and helps enhance our marketing efforts.

9. At present, Five Mill, Inc. refers all of its clients needing SEO services to Michael Balducci.

10. In my professional capacity, I believe the appropriate hourly rate for services performed by Mr. Balducci to be between $200 and $375, depending on the size and complexity of the project, as well as the specific services performed.

11. Mr. Balducci would also have been able to perform services for contracted rates with clients I would have been able to refer directly to him.

12. My clients spend roughly $15 million per month on paid Search Engine advertising.

13. I believe that Mr. Balducci would have earned approximately $60,000.00 per month from these referrals for SEO projects to increase my clients' SEO results had he not been working for Congo during this time frame.

I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November __8____, 2018.

Dan Soha