**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 17-cv-02755-RM-MEH**

**MICHAEL BALDUCCI,**

**Plaintiff,**

**v.**

**CONGO LTD., a Colorado Corporation,**

**Defendant.**

---

**SUPPLEMENTAL DECLARATION OF MICHAEL BALDUCCI IN SUPPORT OF PLAINTIFF'S OBJECTION TO THE MARCH 19, 2019 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

I, Michael Balducci, being first duly sworn, depose and state as follows:

1. I am over the age of eighteen (18) and have personal knowledge of the facts described below based upon my experience and recollection, and I would competently testify to those facts.

2. I am the Plaintiff in the above-captioned matter and a resident of the State of California.

3. I previously provided a declaration in support of my claims and damages in this matter.

4. In my declaration, I stated that we [Congo] planned to deploy most of these web pages live just before my termination. It was only after I was terminated that LawBooth (Congo) said it was not going to pursue this anymore. This was never mentioned leading up to the firing

and it was one of the core reasons I was hired to the team, the main growth strategy for the company, and what most focus was on with team members. *See* ECF# 46-1, ¶ 13.

5. I also stated that if these web pages were deployed as planned, I would have been granted an additional 2.5% (250,000 shares) of equity. I was flying to Austin to help raise the funding and met with multiple investors while there to pitch. I was told that the funding was going through and then I was fired right after. They took all my work and raised on it, and then fired me to save on giving out the equity per the agreement. *See* ECF# 46-1, ¶ 14.

6. While I was employed by Congo, several of the SEO strategies I had developed and recommended to Victor Rojas (CTO of Congo) that were placed on a testing server, which was later to be deployed on LawBooth.com (now taken offline).

7. After Congo terminated me, they used my work and launched the web pages under a different and rebranded company name known as JustLegal.com.

8. JustLegal.com now redirects to Got.Law, which is owned by the company that acquired Congo known as Digital Town.

9. The SEO strategies and recommendations I gave to Congo are most evident on the attorney profile pages on Got.Law. Example: https://got.law/attorney/matthew-elwell/

10. They also used Meta tags, content, and URL structure optimized for search queries for those searching for specific attorneys online. All of these pages are stored in their XML sitemaps which are used by search engine spiders (bots) to crawl a website to find content for search engine results ranking purposes. Example: https://got.law/sitemap.xml

11. I believe that if my contract had not been breached, I would have been entitled to 400,000 shares because my work was deployed in other formats under a different name. On October 9, 2017, these shares were valued at $0.40 per share, or $160,000.00.

I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 2, 2019.

Michael Balducci

________________________

Michael Balducci