IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02755-RM-MEH

MICHAEL BALDUCCI,

Plaintiff,

v.

CONGO LTD.,

Defendant.

---

DEFAULT JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on May 29, 2019, by the Honorable Raymond P. Moore, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Court **ADOPTS IN PART** the recommendation of the magistrate judge (ECF No. 53). The Objection (ECF No. 54) is **SUSTAINED IN PART** and **OVERRULED IN PART.** It is further

ORDERED that default judgment in favor of Plaintiff, Michael Balducci, and against Defendant, Congo Ltd. in the amount of $94,823.65. It is further

ORDERED that post-judgment interest shall accrue on the total amount of $94,823.65 at the legal rate of 2.34% per annum from the date of entry of judgment.

ORDERED that Plaintiff shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 29th day of May, 2019.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk