**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02755-RM-MEH

MICHAEL BALDUCCI,

Plaintiff,

v.

CONGO LTD., a Colorado Corporation,

Defendant.

---

**DEFAULT JUDGMENT**

---

Pursuant to and in accordance with Fed. R. Civ. P. 55(b) and the Orders filed on May 29, 2019 and January 13, 2010, by the Honorable Raymond P. Moore, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

**ORDERED** that the Court ADOPTS IN PART the recommendation of the magistrate judge (ECF No. 53). The Objection (ECF No. 54) is SUSTAINED IN PART and OVERRULED IN PART. It is further

**ORDERED** that default judgment is entered in favor of Plaintiff Michael Balducci and against Defendant Congo Ltd. in the amount of $94,823.65. It is further

**ORDERED** that as there are claims remaining final judgment shall not enter at this time.

DATED this 13th day of January, 2020.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Cathy Pearson
Deputy Clerk