**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02755-RM

MICHAEL BALDUCCI,

Plaintiff,

v.

CONGO LTD., a Colorado corporation,

Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 63) of Judge Raymond P. Moore entered on February 6, 2020, and the Default Judgment (Doc. 59) entered January 13, 2020, it is

ORDERED that judgment is hereby entered in favor of Plaintiff, Michael Balducci, and against Defendant, Congo Ltd., in the amount of $94,823.65. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 6th of February, 2020.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/C. Pearson
Deputy Clerk